**07cv6875**
**JUDGE SHADUR**
**MAG. JUDGE KEYS**

Cristen Rhinehart,
Plaintiff

v.

UPS Flexible Benefits Plan,
Defendant

**RECEIVED**

DEC - 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT

1. This is an action for Employee Retirement Income Security Act of 1974.

2. The plaintiff is Cristen Rhinehart of the county of Cook in the state of Illinois.

3. The defendant is UPS Flexible Benefits Plan at UPS Benefits Service Center, whose street address is 100 Half Day Rd. Lincolnshire, IL 60069-3242.

4. The plaintiff sought employment or was employed by United Parcel Service at 1 UPS Way, Hodgkins, IL 60525 District Staff (708) 387-4202.

5(a) On October 16, 2006 the plaintiff first appeared absent from his regular occupation with United Parcel Service as a part-time supervisor due to a personal injury. The plaintiff's medical records indicate that he was seen in the emergency room of Saint Anthony Hospital on October 16, 2006 with complaints of lower back pain. The discharge instructions from Saint Anthony Hospital contained diagnosis information, general instructions and restrictions for his back injury. However, on January 19, 2007 the plaintiff's 1st level appeal for UPS Short-term Disability Benefits under the UPS Flexible Benefits Plan were denied due to a lack of clinical evidence to support a functional impairment that would have precluded him from performing his own occupation as a part-time supervisor at United Parcel Service.

5(b) On January 30, 2007 the plaintiff submitted his final level appeal to Aetna for UPS Short-term Disability Benefits with a doctors note dated January 27, 2007 from his primary care physician, Dr. Peterson indicating, "that he was seen for sciatica." "He should not lift anything over 20 pounds for the next 4 weeks because he may have a herniated disc and that he will schedule an MRI at Mt. Sinai Hospital." The MRI exam results from February 14, 2007 shows that the plaintiff has two disc herniations in his back. After consideration of the medical findings Dr. Peterson, recommended that the plaintiff not do any heavy lifting and see a neurosurgeon for a consultation regarding his MRI results. However, before clinical evidence became available. The plaintiff's UPS Short-term

Disability Benefits were again denied due to a lack of clinical evidence to support a functional impairment that would have precluded him from performing his own occupation as a Part-time Supervisor at UPS.

5©

In conclusion, the plaintiff's UPS Short-term Disability Benefits were denied before clinical evidence became available to prove that a functional impairment was present that precluded him from performing his occupation as a Part-time Supervisor at United Parcel Service. However, a doctor's statement was provided in a timely fashion. Which indicated that the plaintiff may have a herniated disc and that he would schedule a MRI exam at Mt. Sinai Hospital. And after receiving a MRI exam, there was clinical evidence to support a functional impairment that did precluded the plaintiff from performing his own occupation as a Part-time Supervisor at UPS.

Therefore, the plaintiff asks that the court grant the following relief to the plaintiff: Grant the plaintiff $11,000 in lost wages due to the denial of Short-term Disability Benefits under the UPS Flexible Benefits Plan and $10,000 in medical expenses due to the termination of medical coverage under the UPS Flexible Benefits Plan incurred from October 16, 2006 onward 26 weeks of not being compensated under the UPS Short-term Disability Plan.

_Cristen Rhinehart_

Cristen Rhinehart

2123 S Millard Ave.
Chicago, Illinois 60623

Telephone number: (773) 277-4968

Date: 12/7/07