APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Cristen Rhinehart
(Please print)

STREET ADDRESS: 2123 S. Millard Ave.

CITY/STATE/ZIP: Chicago, IL 60623

PHONE NUMBER: (773) 277-4968

CASE NUMBER: **07cv6875**
**JUDGE SHADUR**
**MAG. JUDGE KEYS**

Signature: Cristen Rhinehart       Date: 12/6/07

FILED
DEC - 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT