IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTEN RHINEHART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6875 |
| v. ) | |
| ) | Judge Milton I. Shadur |
| UPS FLEXIBLE BENEFITS PLAN, ) | |
| ) | Magistrate Judge Arlander Keys |
| Defendant. ) | |

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(ii)**

Plaintiff, Cristen Rhinehart, and Defendant, UPS Flexible Benefits Plan, by their respective attorneys, do hereby agree and stipulate that the above-captioned action be dismissed with prejudice and without costs to either party, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all costs having been paid, and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

*Plaintiff:*

CRISTEN RHINEHART

By: _____
Cristen Rhinehart (*pro se*)

Cristen Rhinehart
2123 South Millard Avenue
Chicago, Illinois 60623

*Defendant:*

UPS FLEXIBLE BENEFITS PLAN

By: _____
One of Its Attorneys

Charles E. Harper, Jr.
Jacquelyn T. Pinnell
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661-2511
(312) 715-5000
(312) 715-5155 (fax)

QBACTIVE\6053109.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 18, 2008, a copy of the foregoing **Stipulation to Dismiss with Prejudice Pursuant to FRCP 41(a)(1)(ii)** was filed electronically using the Court's CM/ECF system. Parties may access this filing through the Court's system.

The undersigned further certifies that on January 18, 2008, a true and correct copy of the foregoing **Stipulation to Dismiss with Prejudice Pursuant to FRCP 41(a)(1)(ii)** was served by U.S. Mail, proper first-class postage prepaid, upon:

> Cristen Rhinehart (*pro se*)
> 2123 South Millard Avenue
> Chicago, Illinois 60623

> _____/s/ Jacquelyn T. Pinnell_____
> *One of the attorneys for Defendant, UPS Flexible Benefits Plan*