**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Cristen Rhinehart
         Plaintiff,

v.               Case No.: 1:07−cv−06875
               Honorable Milton I. Shadur

UPS Flexible Benefits Plan
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

  MINUTE entry before Judge Milton I. Shadur :Civil case terminated. This action is dismissed with prejudice and without costs to either party, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.